# In the United States Court of Federal Claims

No. 21-1279
(Filed: April 26, 2021)

```
*****************************************
SWIFT & STALEY, INC.,                   *
                                        *
                Plaintiff,              *
                                        *
        v.                              *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant.              *
*****************************************
```

## STATUS CONFERENCE ORDER

**DIETZ, Judge**

The Court will conduct an initial telephonic status conference in the above-captioned bid protest on **Tuesday, April 27, 2021, at 11:00 a.m.** (**EDT**). Instructions for joining the conference call will be provided to the attorneys of record via electronic mail.

In addition, the Court **GRANTS** Plaintiff's Motion for Leave to File the Complaint Under Seal. The Court will address Plaintiff's Motion for a Protective Order during the status conference.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge