IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| SWIFT & STALEY INC., | ) <br> ) <br> ) |
| *Plaintiff*, | ) <br> )   Judge Dietz |
| v. | )   No. 21-1279 <br> ) |
| UNITED STATES, | ) <br> ) |
| *Defendant*, | ) <br> ) |
| and AKIMA INTRA-DATA, LLC, | ) <br> ) |
| *Defendant-Intervenor*. | ) <br> ) |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to Rules 7 and 52.1 of the Rules of the United States Court of Federal Claims, Plaintiff Swift and Staley Inc., by and through counsel, hereby respectfully moves for Judgment upon the Administrative Record and requests that the Court grant the appropriate relief, including a declaratory judgment and permanent injunction. This motion is supported by the concurrently filed Memorandum In Support Of Plaintiff's Motion For Judgment On The Administrative Record.

Respectfully submitted,

s/Richard P. Rector
Richard P. Rector
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4400 (phone)
(202) 799-5400 (fax)
richard.rector@dlapiper.com

Dated: May 21, 2021                        *Counsel for Swift & Staley Inc.*

Of Counsel:

Daniel J. Cook
Thomas E. Daley
Christie M. Alvarez
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

## **CERTIFICATE OF FILING**

      I hereby certify that on May 21, 2021, a copy of the foregoing was filed using the Court's Electronic Filing system. I understand that notice of this filing will be served on the counsel to the parties to this case via the Court's ECF system.

                                          s/Richard P. Rector
                                          Richard P. Rector
                                          DLA Piper LLP
                                          500 Eighth Street, NW
                                          Washington, DC 20004
                                          (202) 799-4400 (phone)
                                          (202) 799-5400 (fax)
                                          richard.rector@dlapiper.com

                                          *Counsel for Swift & Staley Inc.*