# In the United States Court of Federal Claims

No. 21-1279
(Filed: July 2, 2021)

```
*****************************
SWIFT & STALEY, INC.,          *
                               *
              Plaintiff,       *
                               *
       v.                      *
                               *
THE UNITED STATES,             *
                               *
              Defendant,       *
                               *
   and                         *
                               *
AKIMA INTRA-DATA, LLC,         *
                               *
              Defendant-Intervenor. *
*****************************
```

## ORDER

**DIETZ, Judge**

      The Court will conduct an in-person oral argument **July 22, 2021 at 11:00 a.m. (EDT)** on the parties' motions and cross-motions for judgment on the administrative record. The argument will be held at the Howard T. Markey National Courts Building, 717 Madison Pl. NW, Washington, D.C. 20439.

      **IT IS SO ORDERED.**

                                                        s/ Thompson M. Dietz
                                                         THOMPSON M. DIETZ, Judge