# In the United States Court of Federal Claims

No. 21-1279
(Filed: August 11, 2021)

```
*****************************************
SWIFT & STALEY, INC.,                   *
                                        *
                Plaintiff,              *
                                        *
        v.                              *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant,              *
                                        *
 and                                    *
                                        *
AKIMA INTRA-DATA, LLC,                  *
                                        *
                Defendant-Intervenor.   *
*****************************************
```

## ORDER

**DIETZ, Judge**

      The Court will conduct a telephonic status conference in the above-captioned bid protest on **August 12, 2021 at 2:00 p.m. (EDT)**. Instructions for joining the call were provided to the attorneys of record via electronic mail.

      **IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge
