# In the United States Court of Federal Claims

No. 21-1279
(Filed: October 14, 2021)

**************************************

| | |
|---|---|
| SWIFT & STALEY, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| and | * |
| | * |
| AKIMA INTRA-DATA, LLC, | * |
| | * |
| Defendant-Intervenor. | * |

**************************************

## ORDER

**DIETZ, Judge**

On October 13, 2021, Defendant filed an unopposed motion for an enlargement of time—of twenty-four days—to complete the remand proceedings previously ordered by the Court. ECF No. 45. For good cause shown, the Court **GRANTS** Defendant's motion and **EXTENDS** the remand period through and including **November 12, 2021**. The parties are reminded that, within ten days of the OHA's decision on remand, the parties **SHALL FILE** notices with the Court in accordance with Rule 52.2(e) of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge