# In the United States Court of Federal Claims

No. 21-1279
(Filed: December 6, 2021)

```
*****************************************
SWIFT & STALEY, INC.,                    *
                                         *
                Plaintiff,               *
                                         *
        v.                               *
                                         *
THE UNITED STATES,                       *
                                         *
                Defendant,               *
                                         *
  and                                    *
                                         *
AKIMA INTRA-DATA, LLC,                   *
                                         *
                Defendant-Intervenor.    *
*****************************************
```

**ORDER**

**DIETZ, Judge**

      On December 3, 2021, Defendant filed an unopposed motion to supplement the administrative record. ECF No 52. For good cause shown and because neither the Protestor nor the Defendant-Intervenor oppose the Defendant's motion, the Court **GRANTS** Defendant's motion.

      **IT IS SO ORDERED.**

s/ Thompson M. Dietz<br>
THOMPSON M. DIETZ, Judge