# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

|  |  |  |
|---|---|---|
| SWIFT & STALEY INC., | ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Judge Dietz<br>No. 21-1279 |
| UNITED STATES, | ) ) ) | |
| *Defendant*, | ) ) | |
| and AKIMA INTRA-DATA, LLC, | ) ) ) | |
| *Defendant-Intervenor*. | ) ) | |

## MOTION TO EXPEDITE CONSIDERATION OF
## PLAINTIFF'S MOTION FOR A STAY AND INJUNCTION PENDING APPEAL

Plaintiff, Swift and Staley Inc. ("SSI"), respectfully moves the Court to consider Plaintiff's Motion for a Stay and Injunction Pending Appeal dated April 4, 2022 ("Motion") on an expedited basis. Defendant, the United States Department of Energy, has indicated it intends to (1) terminate SSI's Contract No. 89303321DEM000056; (2) identify a new awardee under Solicitation No. 89303319REM000057 (the "Solicitation"); and/or (3) award a new contract to an offeror other than SSI under the Solicitation. Therefore, expedited consideration of SSI's Motion is necessary in order to ensure the Motion is decided before the status quo is disrupted.

A proposed order with the proposed briefing schedule is attached.

Respectfully submitted,

s/Richard P. Rector
Of Counsel:

Daniel J. Cook
Thomas E. Daley
Christie M. Alvarez
DLA Piper LLP (US)

Richard P. Rector
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4400 (phone)
(202) 799-5400 (fax)
richard.rector@dlapiper.com

Dated: April 4, 2022              *Counsel for Swift & Staley Inc.*

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

| | |
|---|---|
| SWIFT & STALEY INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Judge Dietz |
| v. ) | No. 21-1279 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| *Defendant*, ) | |
| ) | |
| and AKIMA INTRA-DATA, LLC, ) | |
| ) | |
| *Defendant-Intervenor*. ) | |

## **[PROPOSED] ORDER**

The Court, having considered Plaintiff's Motion to Expedite, hereby **GRANTS** Plaintiff's Motion and **ORDERS** the following schedule for consideration of Plaintiff's Motion for a Stay and Preliminary Injunction Pending Appeal.

- April 11, 2022:   Defendant and Intervenor file their Responses;

- April 15, 2022:   Plaintiff files its Reply; and

- April 21, 2022:   Argument on Plaintiff's Motion for a Stay and Preliminary Injunction Pending Appeal is heard in Washington, D.C.

_____

The Honorable Thompson M. Dietz
Judge

## **CERTIFICATE OF FILING**

   I hereby certify that on April 4, 2022, a copy of the foregoing was filed using the Court's Electronic Filing system. I understand that notice of this filing will be served on the counsel to the parties to this case via the Court's ECF system.

                 <u>s/Richard P. Rector</u>
                 Richard P. Rector
                 DLA Piper LLP
                 500 Eighth Street, NW
                 Washington, DC 20004
                 (202) 799-4400 (phone)
                 (202) 799-5400 (fax)
                 richard.rector@dlapiper.com

                 *Counsel for Swift & Staley Inc.*