# In the United States Court of Federal Claims

No. 21-1279
(Filed: April 13, 2022)

```
*****************************
SWIFT & STALEY, INC.,           *
                                *
              Plaintiff,        *
                                *
    v.                          *
                                *
THE UNITED STATES,              *
                                *
              Defendant,        *
                                *
    and                         *
                                *
AKIMA INTRA-DATA, LLC,          *
                                *
              Defendant-Intervenor. *
*****************************
```

## ORDER

On April 12, 2022, Defendant filed an unopposed motion for leave to file a corrected response opposing Plaintiff's motion for injunction pending appeal. ECF No. 88. Defendant requests leave to refile its response with its exhibits attached in the correct order. *Id.* For good cause shown, the Court **GRANTS** Defendant's unopposed motion.

Defendant **SHALL FILE** a corrected response by not later than April 14, 2022 and the Clerk **SHALL STRIKE** Defendant's response filed on April 11, 2022 (ECF No. 87).

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge
