# United States Court of Appeals for the Federal Circuit

_____

**SWIFT & STALEY, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES, AKIMA INTRA-DATA, LLC,**

*Defendants-Appellees*

_____

2022-1601

_____

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01279-TMD, Judge Thompson M. Dietz.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered December 12, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee United States in the amount of $29.28 and taxed against the appellant.

FOR THE COURT

February 2, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court